896

No. 19, Misc. RIADON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 45, Misc. GREEN *v.* NEW JERSEY. Supreme Court of New Jersey. Certiorari denied. Petitioner *pro se. Norman Heine* for respondent.

No. 85, Misc. RATAJCZAK *v.* NEW YORK. Appellate Division, Supreme Court of New York, Fourth Judicial Department. Certiorari denied.

No. 191, Misc. HARRIS *v.* RHAY, PENITENTIARY SUPERINTENDENT. Supreme Court of Washington. Certiorari denied.

No. 227, Misc. MORGAN *v.* MOORE, WARDEN. Court of Criminal Appeals of Texas. Certiorari denied. Petitioner *pro se. Will Wilson,* Attorney General of Texas, and *B. H. Timmins, Jr.* and *Leon F. Pesek,* Assistant Attorneys General, for respondent.

No. 242, Misc. JEFFERSON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Morris Lavine* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 251, Misc. GAINES *v.* MARYLAND. Court of Appeals of Maryland. Certiorari denied.

No. 267, Misc. DICKERSON *v.* KANSAS ET AL. Supreme Court of Kansas. Certiorari denied.